Michael Jarvis Jones
174 Morman Trail
Winslow, AZ 86047
(480) 861-3448



# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Jarvis Jones,<br><br>    Plaintiff,<br><br>v.<br><br>City of Winslow,<br><br>    Defendant(s). | CASE NUMBER:   **CV21-08080-PCT-GMS**<br><br>**COMPLAINT** |

## Jurisdiction

This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331. This employment discrimination lawsuit is based on.

1. Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 'a7'a7 2000e, et. seq., for employment discrimination on the basis of race, color, religion, gender, or national origin.

The plaintiff is a resident of Winslow, Navajo County, AZ and a citizen of the United States. The defendant, , is a resident of Winslow, AZ and a citizen of the United States. The cause of action arose in the Prescott division.

## Employment Discrimination Complaint

The conduct complained of in this lawsuit involved the following:

Retaliation

The conduct(s) above is referred to in the charge of discrimination. I believe I was discriminated against because of my:

Gender; Other/Retaliation

The reason(s) above is referred to in the charge of discrimination. The discriminatory conduct occurred at the defendant's address between September 2019 through June 2020. While serving in the position of 9-1-1 Dispatch Supervisor for City of Winslow Police, starting around September 2019 I became aware of misconduct involving Daniel J Brown - Chief of Police (now retired) to include sexual misconduct with a

subordinate female, favors provided to that same female and other women, and overtime funds being gifted. These items were reported to City of Winslow Human Resources Director David Coolidge on or about November 8, 2019. After reporting these matters, I (Michael J Jones) was left to remain in an increasingly hostile workplace in the presence of Daniel J Brown and his "friends".

On December 9, 2019; Daniel J Brown along with Kenneth Arend (my immediate supervisor, later appointed as Chief of Police) yelled at me for nearly an hour, going over the allegations one by one and taunting me to argue and prove my case. Immediately after, Kenneth Arend issued a Notice of Investigation that the Winslow Police Department was investigating me for various allegations of misconduct. Shortly after being placed under investigation, Daniel J Brown issued orders to alter the terms and conditions of my employment. I was left to remain in this increasingly hostile workplace, after seeking relief from Human Resources Director David Coolidge, until my employment was terminated on June 30, 2020. Prior to my termination, Kenneth Arend sent digital email communication to parties within the City of Winslow that I was no longer employed (prior to my "Due Process Hearing" to defend myself against termination). City Manager John Barkley included Kenneth Arend (Interim Chief of Police) in the Due Process Hearing, creating an increasingly hostile atmosphere, thus making any possible argument or defense pointless.

## Demand

I am seeking the City of Winslow, and the agents of the City of Winslow be held accountable to the highest degree in accordance with the law.

I am further requesting that the AZ POST Certifications be stripped of those agents directly associated to retaliation against me (Arizona Peace Officer Standards and Training - Certification).

Additionally, that other contributing agents be held accountable to the highest degree allowed by law.

Any other relief or compensation deemed appropriate by the Court and or Jury selected.

**I am also seeking the following amount in monetary compensation: $827,908.31.**

The Plaintiff wants a trial by jury.

## Administrative Procedure

I have filed a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency on 12/09/2019. I have received a Notice of Right to Sue Letter (enclosed – dated January 28, 2021 – Case #540-2020-01009).

Date: April 20, 2021                    _____
                                        Michael Jarvis Jones
                                        174 Morman Trail
                                        Winslow, AZ 86047
                                        (480) 861-3448

Defendant Contact Information:

City of Winslow Arizona
21 N Williamson
Winslow, Arizona  86047

    Kylie C. Tenbrook
    Attorney
    CITY OF WINSLOW
    c/o Pierce Coleman PLLC
    7730 E Greenway Road, Suite 105
    Scottsdale, AZ  85260

COPY

EEOC Form 161 (11/2020)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Michael J. Jones<br>174 Mormon Trail<br>Winslow, AZ 86047 | From: | Los Angeles District Office<br>255 E. Temple St. 4th Floor<br>Los Angeles, CA 90012 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 540-2020-01009 | Jake B. DeMarco,<br>Investigator | (213) 785-3056 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Jake B. DeMarco     FOR     January 28, 2021

Enclosures(s)     Rosa M. Viramontes,     *(Date Issued)*
               District Director

cc:   Kylie C. TenBrook<br>
      **Attorney**<br>
      **CITY OF WINSLOW**<br>
      c/o Pierce Coleman PLLC<br>
      7730 E. Greenway Road, Suite 105<br>
      Scottsdale, AZ 85260

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*